**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**JAMIE L. LEONARD,**

                      **Plaintiff,**

      **v.**                               **7:15-CV-00125**
                                                    **(TJM/TWD)**

**CAROLYN W. COLVIN,**
**COMMISSIONER OF SOCIAL SECURITY,**

                     **Defendant.**

_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

### DECISION & ORDER

This matter was referred to the Hon. Thérèse Wiley Dancks, United States

Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and

Rule 72.3(d) of the Local Rules of the Northern District of New York.  In a Report and

Recommendation dated March 2, 2016, Magistrate Judge Dancks recommends that the

decision of the Commissioner be reversed and the matter be remanded to the

Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings

consistent with the Report and Recommendation.   No objections to the Report and

Recommendation have been lodged and the time for filing objections has expired.

### CONCLUSION

After examining the record, this Court has determined that the Report and

Recommendation is not subject to attack for plain error or manifest injustice.  Therefore,

the Court **ADOPTS** the Report and Recommendation [dkt. # 15] for the reasons stated

therein, and the decision of the Commissioner is **REVERSED** and the matter is

**REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for

further proceedings consistent with Magistrate Judge Dancks' Report and

Recommendation.

**IT IS SO ORDERED.**

**Dated:**March 28, 2016

Thomas J. McAvoy
Senior, U.S. District Judge